ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

Attorney for Material Witness, Miguel Velasco-Hernandez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>Jose Luis Olimon-Hernandez,<br><br>            Defendant.<br>_____ | Criminal Case No:  08CR832<br>Magistrate Case No:  08MJ709<br><br>**MOTION TO WITHDRAW DOCUMENT FROM FILE** |

## MOTION TO WITHDRAW

I, Robert E. Schroth Jr.**,** attorney for material witness, Miguel Velasco-Hernandez, submit this Motion to Withdraw the Material Witness Bond Exoneration from the file.

On behalf of the material witness, I am requesting that the court withdraw the Material Witness Bond Exoneration.

Dated:   July 15, 2008             ____s/Robert E. Schroth_____
                                   Robert E. Schroth Jr.
                                   Attorney for the Material Witness

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28